UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:

**FERRIE, KENNETH L**

Debtor(s)

Case No. 18-40715-JMM

**CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS**

DATE OF 341(a) MEETING: **1/14/19**  LOCATION OF MEETING: **JEROME**
NAME OF TRUSTEE: **Gary L. Rainsdon**  DATE CASE FILED: **08/15/2018**
RECORDING TRACK NO. 7,9

DEBTOR (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY: (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
    Youngblood, Kameron M
CREDITORS APPEARING ( ) NONE

ACTION ITEMS
- ( )  341(a) Meeting Continued to:
- ( )  SS Information Incorrect or Missing
- (X) Concluded
- ( )  Dismiss for Failure of Debtor and/or Attorney to Appear
- (X) Discharge Information Given to Debtor
- ( )  Unscheduled Assets Identified
- ( )  Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- (X) Debtor Identity and Social Security Documentation Match Petition
- (X) Debtor Examined
- (X) Schedules and Statement of Affairs Filed
- (X) Statement of Income and Expenditures Filed
- (X) Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X) Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon, Trustee

/s/
GARY L. RAINSDON, TRUSTEE