GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | CHAPTER 7 |
| Kenneth L. Ferrie, | ) | CASE NO. 18-40715-JMM |
| | ) | |
| | ) | |
| Debtor. | ) | |

**Witness List of
Gary L. Rainsdon, Trustee**

  **COMES NOW**, Gary L. Rainsdon, Trustee (the "Trustee"), and hereby submits his Witness List for the evidentiary hearing scheduled for June 19, 2019.  The Trustee intends to call upon one or more of the following as witnesses:

<u>Witnesses:</u>

1. Kenneth L. Ferrie, Debtor

2. Gary L. Rainsdon, Trustee

The Trustee reserves the right to amend this Witness List if additional witnesses are identified, which have not been previously known to the Trustee, and who have knowledge or evidence concerning the issues set for hearing.

  Additionally, the Trustee reserves the right to name additional witnesses in rebuttal to any testimony or documentary evidence offered by the Debtor or Creditor or any witnesses called by the same.

Dated this: June 10, 2019

/s/
Gary L. Rainsdon, Trustee

## CERTIFICATE OF MAILING

I hereby certify that on June 10, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF
    Alexandra O Caval    alex@cavallawoffice.com, R71985@notify.bestcase.com
    Kameron M Youngblood    youngbloodlaw@gmail.com,
    youngbloodlawecfnotice@gmail.com;G29963@notify.cincompass.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
    Via First Class mail, postage prepaid addressed as follows:

    Kenneth L. Ferrie
    171 Blue Lakes #16
    Twin Falls, ID 83301

    Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

    PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

    None

Via certified mail, return receipt requested, addressed as follows:

    None

By: /s/
Gary L. Rainsdon, Trustee